[No. 28451-7-I.   Division One.   November 23, 1992.]

CHARLOTTE E. ELLIS, *Appellant*, v. WILLIAM PENN LIFE INSURANCE COMPANY OF AMERICA, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-08745-0, Liem E. Tuai, J., entered May 7, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Forrest, JJ.

[No. 25396-4-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL DAVID DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-01072-6, Sharon S. Armstrong, J., entered December 13, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 27050-8-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD STEICHER ROTHROCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06277-8, Anne L. Ellington, J., entered October 5, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 29048-7-I.   Division One.   November 23, 1992.]

THE CITY OF EVERETT, *Respondent*, v. EUGENE CUEVAS, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00309-7, Kathryn E. Trumbull, J., entered August 2, 1991. *Reversed in part* by unpublished per curiam opinion.